```
                    705151

   UNITED STATES BANKRUPTCY COURT
     WESTERN DISTRICT OF VIRGINIA
           ROANOKE OFFICE

Received From:
GEORGE I. VOGEL, II
P.O. BOX 18188
ROANOKE              VA    24014-
```

| CASE NO. | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 08-70432 | $ 0.00 | 1 | $ 2.35 |
| SMALL DIVID CH 7 < $5 | | | |
| DENNIS R. STATON | | | |

| TOTAL: | $ 2.35 |
|---|---|

CASH:      CHECKS: √     MONEY ORDERS:

Clerk : N. STONE
Date  : 09/11/2009

Printed: 09/10/09 09:01 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: George I. Vogel, II (660160)**

**Case:** 08-70432 - STATON, DENNIS ROY

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Payee: | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32189642966 | 112 | 09/10/09 | 10 | 06/27/08 | 610 | U.S. Bankruptcy Court | Lynchburg Pulmonary Associates | 24.55 | 24.55 | 2.35 | 2.35 |

Check Amount: $2.35

(*) Denotes objection to Amount Filed



9/10/09

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
SEP 11 2009
BY
DEPUTY CLERK